E-FILED
Wednesday, 01 September, 2004 04:45:55 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

**FILED**
SEP 0 1 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LASHCON, INC. and FOURELL, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs- | ) | No. 04-3193 |
| | ) | |
| JIM BUTLER, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

TO:  Clerk of the United States District Court, Central District of Illinois, Springfield Division, 600 East Monroe Street, Room 221, Springfield, IL 62701

Kevin Linder, Attorney at Law, 939 South Eighth Street, Springfield, IL 62703

**PLEASE TAKE NOTICE** that we have on September 1, 2004 caused to be filed with the Clerk of the United States District Court for the Central District of Illinois, Springfield Division, **JIM BUTLER'S NOTICE OF REMOVAL**, copies of which are attached hereto and served upon the above-listed parties.

_____
Grady E. Holley
Holley & Rosen

**GRADY E. HOLLEY**
**HOLLEY & ROSEN**
440 South Grand Avenue West
Springfield, IL 62704
Telephone: 217/544-3368

## CERTIFICATE OF SERVICE

The undersigned certifies that he served a copy of the foregoing document to the following:

>Kevin Linder
>Attorney at Law
>939 S. Eighth Street
>Springfield, IL 62703
>
>Clerk of the United States
>District Court, Central District of IL
>Springfield Division
>600 E. Monroe Street
>Springfield, IL 62701

by placing same in the United States mail at Springfield, Illinois, on this 1st day of September, 2004, with postage fully prepaid.

_____