# United States District Court

CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

E-FILED
Wednesday, 01 September, 2004 04:47:33 PM
Clerk, U.S. District Court, ILCD

LASHCON, INC. and FOURELL, INC.

Plaintiff(s)

vs.

JIM BUTLER

Defendant(s)

NO.

JUDGE:

**FILED**
SEP 0 1 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## AFFIDAVIT EVIDENCING COMPLIANCE WITH GENERAL RULE 39

Grady E. Holley

Affiant is the attorney of record for

Jim Butler

(here insert all parties represented by affiant)

and has knowledge of the matters covered by this affidavit and has read General Rule 39.

Affiant has not directly or indirectly solicited employment by the above-named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except (here state all exceptions, or if none state "no exception"):

Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above-named party, or parties, of the costs of this case, or of the medical, living or other expenses of any party, or of any part of an attorney's fee, or of any portion of the recovery by suit or settlement herein to any person whatever other than the above-named party or parties and the attorneys of record herein, except (here state all exceptions, or if none state "no exception"):

Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above-named party or parties in this action and represents that a signed copy thereof has been furnished to each party he represents; if no copy of a contingent fee agreement is filed herewith, affiant represents that his compensation for services in this case is not on a contingent basis.

I declare under penalty of prejury under the laws of the United States of America that the foregoing information is true and correct.

Executed on 9/1/04
Date

(Affiant)