IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| LASHCON, INC. and FOURELL, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | No. 04-3193 |
| ) | |
| JIM BUTLER, ) | |
| ) | |
| Defendant. ) | |

SUPPLEMENT TO NOTICE OF REMOVAL

COMES NOW the Defendant, JIM BUTLER, by and through his attorney, Grady E. Holley of Holley & Rosen, and pursuant to leave of Court provides the following supplement to his Notice of Removal heretofore filed on September 1, 2004.

1.   The underlying Complaint pending in Scott County, Illinois is based upon the alleged breach of an oral contractual agreement between Defendant and Plaintiffs. In further support of the Notice of Removal, Defendant avers as follows:

(a)   An oral agreement was entered into between Defendant Butler and John Lashmett, d/b/a Regalo, regarding an agreement to jointly sell promotional materials and to develop additional clients for sale of promotional items. The oral agreement was entered into as a result of conversations in the fall of 1999 between Defendant, Jim Butler, while he resided in Kansas City, Missouri and while John Lashmett resided in Chicago, Illinois. The final oral agreement occurred following telephone conversations between the two parties and was finalized in personal meetings that occurred in Kansas City, Missouri;

(b)   Thereafter, in conformance with the oral agreement

        entered into with John Lashmett in Kansas City, Missouri, Defendant provided consultation services as well as efforts to sell promotional materials and develop client customers. Both Defendant and John Lashmett, d/b/a Regalo, entered into a verbal agreement to make promotional sells through Lee Wayne Corporation, a Delaware corporation, with its principal place of business located in Sterling, Woodside County, Illinois.

(c)    Sells made by Defendant Butler were made pursuant to the verbal agreement entered into by Defendant and John Lashmett with Lee Wayne Corporation and Lee Wayne Corporation thereafter sent commission payments to "Regalo", payable to Fourell Corporation. Upon information and belief, Defendant believes that Fourell Corporation was doing business as Regalo through John Lashmett. Both the earnings of Defendant Butler as well as materials and merchandise that were sold pursuant to the agreement of the parties were handled through an oral agreement with Lee Wayne Corporation;

(d)    Following Defendants move to the Indianapolis, Indiana area in the fall of 1999, Defendant's activities under the oral agreement principally centered around obtaining a license and sales opportunities through the NCAA (National Collegiate Athletic Association) in Indianapolis, Indiana;

(e)    The payments received by Defendant which form the basis of the Complaint filed in Scott County were checks issued on an account of "Regalo" whose address was 200 E. Randolph Street, Chicago, Illinois 60601; all such payments which form the basis of the suit in Scott County were checks signed by John Lashmett; attached hereto and made a part hereof as Exhibit A is a copy of the initial check issued on January 13, 2000;

(f)    Subsequent to the formation of the oral agreement in Kansas City, Missouri, the Defendant, in approximately

       October, 1999, moved to the Indianapolis, Indiana area where he resided and has resided to the present time. Defendant is currently both a resident of and citizen of the State of Indiana and has been a citizen of the State of Indiana at all times during which the agreement between the parties was carried out, including up to the time that the agreement between the parties was terminated;

(g) In March, 2001, the Defendant terminated his relationship with Regalo and the original oral agreement was terminated by and between the parties;

(h) During the course of the term of the oral agreement between the parties, the Defendant had no contact with either of the Plaintiffs in Scott County, Illinois, but did deal on a regular basis by telephone with Mr. John Lashmett in Chicago, Illinois where the Defendant took possession of a vehicle that was used in his work as well as obtained, through discussions with Mr. Lashmett in Chicago, health insurance and other benefits that were part of the agreement between the parties;

(i) All of the payments which form the basis of the underlying lawsuit were issued from Chicago, Illinois and sent to Defendant at his home in Indiana;

(j) Defendant's efforts under the contract were primarily carried out in Indiana, but involved sales in multiple states for promotional materials;

(k) The alleged breach of the oral agreement between the parties relates to a claim that subsequent to March, 2001 the Defendant failed to repay monies which the Plaintiff characterizes as "loans" obtained during the period of January, 2000 to March, 2001, all of which Defendant denies as being part of the original agreement between the parties.

2. The Plaintiffs, Lashcon, Inc. and Fourell, Inc., are corporations, incorporated in the State of Illinois, with their principal place of business located in Scott County, Illinois within this judicial district (see attached Secretary of State searches identified as Exhibit B).

3. The Defendant, Jim Butler, is a resident of and citizen of the State of Illinois, having been served with Alias Summons in the underlying Scott County, Illinois case at his residence address of 1346 Flintlock Drive, Greenwood, Illinois.

4. The original Notice of Removal was filed within 30 days of August 6, 2004, the date upon which the Defendant was first served with Alias Summons and the underlying pleadings in this cause; attached hereto and made a part hereof as Exhibit C is the front and back side of the Alias Summons which forms the basis of service in Scott County, Illinois.

5. The undersigned, as attorney for the Defendant and pursuant to the provisions of 28 U.S.C. §1446(d), did give notice of the removal of this case by sending a copy of the Notice of Removal to the Clerk of the Circuit Court of the Seventh Judicial Circuit, Scott County, Illinois; that attached hereto and made a part hereof as Exhibit D is a true and correct copy of said Notice and the undersigned's certificate of mailing on September 1, 2004.

WHEREFORE, the Defendant, JIM BUTLER, respectfully requests this Court to assume jurisdiction over this matter as one properly removed or, in the alternative, pursuant to 28 U.S.C. §1404(a) and §1406(a), to transfer this cause in the event that the

Court determines that venue is improper, to a Court of proper venue which Defendant submits would be the United States District Court in the Southern District of Indiana or, in the alternative, the Northern District of the State of Illinois.

                              JIM BUTLER, Defendant

                              By     s/ Grady E. Holley    
                                       His Attorney

GRADY E. HOLLEY
HOLLEY & ROSEN
440 South Grand Avenue West
Springfield, IL 62704
Telephone: 217/544-3368

CERTIFICATE OF SERVICE

    The undersigned certifies that he served a copy of the foregoing document to the following:

>Kevin Linder
>Attorney at Law
>939 S. Eighth Street
>Springfield, IL 62703

by placing same in the United States mail at Springfield, Illinois, on this 16th day of September, 2004, with postage fully prepaid.

                                                                                        s/ Grady E. Holley