**Check 3243:**

REGALO
200 East Randolph Drive
Chicago, Il 60601

Date: Jan. 27, 2000
Pay to the order of: Jim Butler — $3,500.00
Three thousand five hundred & 00/100 DOLLARS
FIRST CHICAGO — The First National Bank of Chicago, Chicago, Illinois 60670
For: LOAN

**Check 3236:**

REGALO
200 East Randolph Drive
Chicago, Il 60601

Date: 1/13/00
Pay to the order of: Jim Butler — $3,150.00
Three thousand one hundred fifty & 00/100 DOLLARS
FIRST CHICAGO — The First National Bank of Chicago, Chicago, Illinois 60670
For: LOAN

Exhibit A

```
FB 00 01
1010-0004-B

0710-0030-1  0710-0030-1
860475164    02-01-00
860475164    2201  2525  01
                                KANSAS
                              ▶ 1010013

2709 000207 013100
```