

51862961718                                                                                         Page 1

51862961718

## CORPORATE RECORDS & BUSINESS REGISTRATIONS

| | |
|---|---|
| This Record Last Updated: | 03/19/2004 |
| Database Last Updated: | 08-31-2004 |
| Update Frequency: | DAILY |
| Current Date: | 09/01/2004 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

### COMPANY INFORMATION

| | |
|---|---|
| Name: | FOURELL CORP. |
| D&B DUNS: | 08-482-4965 |

### FILING INFORMATION

| | |
|---|---|
| Filing Date: | 04/29/1994 |
| State of Incorporation: | ILLINOIS |
| Date Incorporated: | 04/29/1994 |
| Duration: | PERPETUAL |
| Status: | GOOD STANDING |
| Corporation Type: | PROFIT |
| Business Type: | DOMESTIC CORPORATION |
| Registration ID#: | 57794429 |
| Federal ID#: | 371330537 |

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Exhibit B

51862961718                                                                          Page 2

Where Filed:              SECRETARY OF STATE/CORPORATIONS DIVISION

                          STATE HOUSE RM 213 FLOOR 2

                          SPRINGFIELD, IL 62706

### REGISTERED AGENT INFORMATION

Agent Name:               JOHN ALDEN LASHMETT

Address:                  4645 N MAGNOLIA ST STE 2S

                          CHICAGO, IL 60640

Agent Appointed:          12/28/1994

### PRINCIPAL INFORMATION

Name:                     JOHN A LASHMETT 4645 N MAGNOLIA APT 2S CHICAGO 60640

Title:                    PRESIDENT

Name:                     CRAIG J LASHMETT RR #1 WINCHESTER 62694

Title:                    SECRETARY

### STOCK INFORMATION

Authorized Capital:       $100,000

Common Stock:

    Dollar Value:    $100,000

    Authorized       1,000
    Shares:

    Stock Issued:    220

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

```
51862961718                                                                          Page 3
```

    Par Value:    $100

    Voting Rights:    YES

    Convertible:    NO

## TAX INFORMATION

Franchise Tax Details:

    Amount Paid:    $25

    Date Paid:    03/19/2004

Corporate Tax Details:

    Tax Factor:    1

    Total Capital:    $22,000

    Annual Report Filed:    03/19/2004

## ADDITIONAL DETAIL INFORMATION

Additional Details:    IMPORTANT: FILING IS "NOT IN GOOD STANDING" IF A CURRENT ANNUAL REPORT HAS NOT BEEN FILED

```
           TO ORDER ORIGINAL FILINGS OR OTHER RELATED DOCUMENTS,
      CALL WEST DOCUMENT RETRIEVAL AT 1-877-DOC-RETR (1-877-362-7387).
                         ADDITIONAL CHARGES APPLY.
```

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFICIAL RECORD.   CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

# Westlaw.

11633044668                                                                      Page 1

11633044668
                    **CORPORATE RECORDS & BUSINESS REGISTRATIONS**


| | |
|---|---|
| This Record Last Updated: | 06/23/2004 |
| Database Last Updated: | 08-31-2004 |
| Update Frequency: | DAILY |
| Current Date: | 09/01/2004 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

**COMPANY INFORMATION**

| | |
|---|---|
| Name: | LASHCON, INC. |
| D&B DUNS: | 04-478-5400 |

**NAME INFORMATION**

| | |
|---|---|
| Former Name: | LASHMETT CONSTRUCTION, CO. |

**FILING INFORMATION**

| | |
|---|---|
| Filing Date: | 08/29/1978 |
| State of Incorporation: | ILLINOIS |
| Date Incorporated: | 08/29/1978 |
| Duration: | PERPETUAL |
| Status: | GOOD STANDING |
| Corporation Type: | PROFIT |
| Business Type: | DOMESTIC CORPORATION |

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

11633044668                                                                             Page 2

Registration ID#:            51536983

Where Filed:                 SECRETARY OF STATE/CORPORATIONS DIVISION

                             STATE HOUSE RM 213 FLOOR 2

                             SPRINGFIELD, IL 62706

### REGISTERED AGENT INFORMATION

Agent Name:                  DOROTHY S LASHMETT

Address:                     410 E JEFFERSON ST

                             WINCHESTER, IL 62694

Agent Appointed:             08/21/1991

### PRINCIPAL INFORMATION

Name:                        DOROTHY S LASHMETT 8 NEWLAND LANE JACKSONVILLE 62650

Title:                       PRESIDENT


Name:                        JACKSON P LASHMETT 20 MERRYGROVE ST JACKSONVILLE 62650

Title:                       SECRETARY

### AMENDMENT INFORMATION

Amendments:                  01/08/1981 NAME CHANGE; FROM: LASHMETT CONSTRUCTION, CO.

### STOCK INFORMATION

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

11633044668                                                                   Page 3

Common Stock:

    Authorized Shares:     10,000

    Stock Issued:          10

    Par Value:             $0

    Voting Rights:         YES

    Convertible:           NO

## TAX INFORMATION

Franchise Tax Details:

    Amount Paid:           $25

    Date Paid:             06/23/2004

Corporate Tax Details:

    Tax Factor:            1

    Total Capital:         $1,000

    Annual Report Filed:   06/23/2004

## ADDITIONAL DETAIL INFORMATION

Additional Details:     IMPORTANT: FILING IS "NOT IN GOOD STANDING" IF A CURRENT ANNUAL REPORT HAS NOT BEEN FILED

TO ORDER ORIGINAL FILINGS OR OTHER RELATED DOCUMENTS,
CALL WEST DOCUMENT RETRIEVAL AT 1-877-DOC-RETR (1-877-362-7387).
ADDITIONAL CHARGES APPLY.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFICIAL RECORD.  CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.