Byers Printing Company, Springfield, Illinois

IN THE CIRCUIT COURT OF THE _____Seventh_____ JUDICIAL CIRCUIT

_____Scott_____ COUNTY, ILLINOIS

Ck# 282

Lashcon, Inc. and
Fourell, Inc.,   Plaintiffs

RECEIVED
AUG - 3 2004
JOHNSON COUNTY SHERIFF

NO. 04-L-3

v.

Jim Butler,   Defendant

Received _____
Date Served _____
Method of Service _____  8-6-04
By Deputy _____ Jim (Pound)
(alias) SUMMONS   Service Fee _____ Tony Voght
Personal Service only   Return Reason _____

Sheek
Woodgate
Creek Bend
Vicksburgh

1st Att  2nd Att
8-4-04  8/5/04
J.B.   J.B.

To the defendant: Jim Butler, 1346 Flintlock Dr., Greenwood, In. 46143

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court _____Scott County Courthouse, Winchester_____,
(Insert name of building, room number, address, including city)

Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other persons to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS, _____July 29_____, 2004

(Seal of court)

_____Joni Barnett_____
Clerk of court

Associate Circuit Clerk—Deputy

Name  Kevin Linder
Attorney for  Plaintiffs
Address  939 S. 8th St.
City  Springfield, Il.  62703
Telephone  217-793-6477

Date of service: _____, _____
(To be inserted by officer on copy left with defendant or other person)

Exhibit C

```
08/09/04                    Johnson County Sheriff's Office                           715
09:50                         Civil Process Names Detail:                        Page:


  Process Number: J04080081              Name Number:       115373
 Name Description----------------------------------------------------------------
 | Last: Butler                           First: Jim                   Mid:
 | Addr  1346 Flintlock Dr                Phone: (   )       -
 | City: Greenwood        ST: IN  Zip: 46143   DOB:   /  /    SSN:     -   -
 +----------------------------------------------------------------------------
  Name Type: Defendant         Serve: Y <Served>            Disposition: SRC
  Assgnd To:                   Lctn:                   Service Requirements:




Service Attempts
By                Person Served        Address                Lctn   When
Hogue, J          Jim Butler           1346 Flintlock Dr             00:00:00 08/06/04




= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =




Civil Process Service Detail:
   Attempted: 00:00:00 08/06/04                        Attempted By: Hogue, J
Street Addr& 1346 Flintlock Dr
        City: Greenwood                State: IN  ZIP: 46143         Location:
 Successful: Y   Person Srvd: Jim Butler                             Relation:
   Comments: personal
```

