IN THE CIRCUIT COURT FOR THE SEVENTH JUDICIAL CIRCUIT
SCOTT COUNTY, ILLINOIS

LASHCON, INC. and FOURELL, INC.,   )
                                    )
    Plaintiffs,                     )
                                    )
-vs-                                )   No. 2004-L-3
                                    )
JIM BUTLER,                         )
                                    )
    Defendant.                      )

## NOTICE OF FILING

TO: Joni Garrett, Clerk of the Circuit Court of the Seventh Judicial Circuit, Scott County, Illinois, 35 E. Market Street, Winchester, IL 62694

Kevin Linder, Attorney at Law, 939 South Eighth Street, Springfield, IL 62703

**PLEASE TAKE NOTICE** that we have on September 1, 2004 caused to be filed with the Clerk of the United States District Court for the Central District of Illinois, Springfield Division, **JIM BUTLER'S NOTICE OF REMOVAL**, copies of which are attached hereto and served upon the above-listed parties.

                                                  Grady E. Holley
                                                  Holley & Rosen

**GRADY E. HOLLEY**
**HOLLEY & ROSEN**
440 South Grand Avenue West
Springfield, IL 62704
Telephone: 217/544-3368

Exhibit D

## CERTIFICATE OF SERVICE

The undersigned certifies that he served a copy of the foregoing document to the following:

>Kevin Linder
>Attorney at Law
>939 S. Eighth Street
>Springfield, IL 62703
>
>Joni Garrett
>Clerk of the Circuit Court
>Scott County Courthouse
>35 East Market Street
>Winchester, IL 62694

by placing same in the United States mail at Springfield, Illinois, on this 1st day of September, 2004, with postage fully prepaid.

_____

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LASHCON, INC. and FOURELL, INC., | ) | |
| Plaintiffs, | ) ) ) | |
| -vs- | ) ) | No. _____ |
| JIM BUTLER, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

COMES NOW the Defendant, JIM BUTLER, by and through his attorney, Grady E. Holley of Holley & Rosen, and gives notice of the removal of the above-entitled action from the Circuit Court for the Seventh Judicial Circuit, Scott County, Illinois, to the United States District Court for the Central District of Illinois, Springfield Division, pursuant to the provisions of 28 U.S.C. §1332 and 28 U.S.C. §1441(a), and in support thereof, states as follows:

1.  The Plaintiffs, Lashcon, Inc. and Fourell, Inc., have heretofore filed a three-count complaint at law in the Circuit Court of the Seventh Judicial Circuit, Scott County, Illinois under case number 04-L-3 against Defendant, Jim Butler, seeking relief on an alleged oral contractual agreement and seeking a preliminary injunction dealing with Defendant's right to engage in business in the State of Indiana.

2.  The amount in controversy being claimed by the Plaintiffs is in an amount in excess of $75,000.00 in monetary relief, exclusive of costs.

3. The Plaintiffs, Lashcon, Inc. and Fourell, Inc., are both Illinois corporations and, based upon the Complaint filed in Scott County, Illinois, are doing business in Scott County, Illinois within this judicial district. The Defendant, Jim Butler, is a resident of the State of Indiana and was served with Alias Summons from Scott County, Illinois at his place of residence, the same being 1346 Flintlock Drive, Greenwood, Indiana.

4. This action is being removed to federal court based upon diversity of citizenship pursuant to 28 U.S.C. §1332, with the Plaintiffs all being residents of the State of Illinois and the sole Defendant being a resident of the State of Indiana.

5. This is a suit of a wholly civil nature and the claims asserted are claims over which this Court would have original subject matter jurisdiction pursuant to 28 U.S.C. §1332 and are therefore claims which may be removed to this Court pursuant to the provisions of 28 U.S.C. §1441(a).

6. This Notice of Removal is timely filed pursuant to the provisions of 28 U.S.C. §1446(b), insofar as it is being filed within 30 days of August 5, 2005, the date upon which this Defendant was first served with Alias Summons and pleadings in this matter. No further proceedings have taken place herein and trial has not yet commenced in the Court from which this action is being removed.

7. Attached to this Petition, pursuant to the provisions of 28 U.S.C. §1447(b), are true and correct copies of all of the pleadings and papers served

upon the Defendant, Jim Butler, to date in this matter, including the face sheet of the Alias Summons.

8. By filing this Notice of Removal, Jim Butler does not waive, and intends to fully preserve any and all defenses he may have to Plaintiffs' claim.

9. Pursuant to the provisions of 28 U.S.C. §1446(d), this Defendant will promptly give notice of the removal of this case to the Plaintiffs, and will file a copy of this Notice of Removal with the offices of the Clerk of the Circuit Court of the Seventh Judicial Circuit, Scott County, Illinois.

WHEREFORE, the Defendant, JIM BUTLER, respectfully requests this Court to assume jurisdiction over this matter as one properly removed, and further request that this case proceed henceforth in this Court.

Respectfully submitted,

Holley & Rosen

_____
Grady E. Holley, Attorney for
Defendant, Jim Butler

GRADY E. HOLLEY
HOLLEY & ROSEN
440 South Grand Avenue West
Springfield, IL 62704
Telephone: 217/544-3368

FORM 12 Circuit Court Summons                                    Byers Printing Company, Springfield, Illinois.

IN THE CIRCUIT COURT OF THE _____Seventh_____ JUDICIAL CIRCUIT

_____Scott_____ COUNTY, ILLINOIS       CK#282

Lashcon, Inc. and
Fourell, Inc.,         Plaintiffs

v.                                                    NO. ___04-L-3___

Jim Butler,            Defendant

sheek
wood Cale-
creek bend
Vicksburgh

(alias)
Personal or C/o only **SUMMONS**

To the defendant: Jim Butler, 1346 Flintlock Dr., Greenwood, In. 46143

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court _____Scott County Courthouse, Winchester_____
(Insert name of building, room number, address, including city)
Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other persons to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS, _____July 29_____, 2004

_____[signature]_____
Clerk of court

_____
Associate Circuit Clerk—Deputy

Name  Kevin Linder
Attorney for  Plaintiffs
Address 939 S. 8th St.
City  Springfield, Il. 62703
Telephone  217-793-6477

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

TOTAL P.09

IN THE CIRCUIT COURT OF THE 7TH JUDICIAL CIRCUIT
SCOTT COUNTY, ILLINOIS

LASHCON, INC. and FOURELL, INC., )
)
    Plaintiffs, )
)
v. ) No. 2004-L-3
)
JIM BUTLER, )
)
    Defendant. )

FILED
JUN -8 2004
Joni Garnett
SCOTT COUNTY CIRCUIT CLERK

COPY

## COMPLAINT

### COUNT I

### FOR BREACH OF ORAL AGREEMENT

NOW COME LASHCON, INC. and FOURELL, INC., Plaintiffs, by and through their attorney Kevin Linder, and for their Complaint against the Defendant, JIM BUTLER, state as follows:

1. At all times relevant hereto, Plaintiffs were a business operating in Scott County, Illinois.

2. The transactions alleged occurred in Scott County, Illinois.

3. Throughout 2000 and 2001, Plaintiffs and Defendant entered into an oral agreement wherein Plaintiffs made loans to Defendant for the purpose of developing a sales relationship with the NCAA.

4. Defendant encouraged Plaintiffs to seek out business from the NCAA and enter into a contractual relationship for a marketing agreement between the NCAA and Lashcon, Inc./Fourell, Inc.

5. Said agreement was based upon the fact that sales to the NCAA would reimburse the amounts expended on Plaintiffs' part to develop the contract with the NCAA.

6. Plaintiffs issued approximately 28 checks to Defendant during 2000 totaling $57,792.61 marked with the notation "loan".

7. Further expenses paid out on the behalf of Defendant in 2000 were $5,833.10 for health insurance; $1,293.98 auto insurance; $2,466.36 for auto payments; $400.00 for membership in the Indianapolis, Indiana Chamber of Commerce; and $1,000 for legal fees.

8. Plaintiffs issued approximately 18 checks to Defendant in 2001 totaling $23,584.57 marked with the notation "salesperson commission".

9. Defendant at various times made sales on behalf of Plaintiffs in performance of the contractual agreement.

10. Defendant has failed and refused to make any payments on said loans.

11. Defendant is in default for his failure to make payments as agreed.

12. By reason of his default in making payments, Defendant has breached his oral agreement with Plaintiffs.

WHEREFORE, Plaintiffs demand judgment against Defendant:

A. For the sum of $92,368.67, plus accrued interest thereon;

B. For costs incurred in pursuing this cause of action.

## COUNT II

## FOR MONEY LOANED WITH INTEREST

2

NOW COME LASHCON, INC. and FOURELL, INC., Plaintiffs, by and through their attorney Kevin Linder, and for their Complaint against the Defendant, JIM BUTLER, state as follows:

1-13. Plaintiffs reaffirm, reassert and re-allege Paragraphs 1 through 13 of Count I of their Complaint as and for Paragraphs 1 through 13 of Count II of their Complaint.

13. Plaintiffs, on several different occasions, have made demand of Defendant that he repay said sums of money remaining unpaid, together with interest at said rate from the time of said loans to the time of said demand, but Defendant has failed and refused to repay the remaining unpaid sums to Plaintiff.

14. There is now due and owing from Defendant to Plaintiffs, on account of said loans from time to time made, the sum of, with interest thereon, from January 2000.

WHEREFORE, Plaintiffs demand judgment against Defendant:

A. For the sum of $92,368.67, with interest thereon at 9% per cent per annum;

B. For costs incurred in pursuing this cause of action.

## COUNT III

## REQUEST FOR PRELIMINARY INJUNCTION

NOW COME LASHCON, INC. and FOURELL, INC., Plaintiffs, by and through their attorney Kevin Linder, and for their Complaint against the Defendant, JIM BUTLER, state as follows:

1-13. Plaintiffs reaffirm, reassert and re-allege Paragraphs 1 through 13 of Count I of their Complaint as and for Paragraphs 1 through 13 of Count II of their Complaint.

3

WHEREFORE, Plaintiffs demand:

A. That an injunction be entered commanding Jim Butler and any company he controls and all persons claiming to act under his authority, direction and control, to absolutely desist and refrain from soliciting business from the NCAA until such time as this Court shall appoint and direct and order herein; and that upon hearing the injunction herein prayed for be made and confirmed until the final determination of this action; and that thereupon the injunction may be made permanent.

Respectfully Submitted,
DOROTHY LASHMETT d/b/a
LASHCON, INC. and FOURELL, INC.,
Plaintiff

By: _____
Kevin Linder, Attorney for Plaintiff

Kevin Linder
Attorney at Law
P.O. Box 9597
939 South Eighth Street
Springfield, IL 62703
Ph: (217) 793-6477
Fax: (217) 241-2089
Attorney Reg. #6220652

4

## VERIFICATION

Under penalties provided by law pursuant to Section I-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth herein are true and correct, except as to matters stated to be on information and belief. As to the latter, the undersigned certifies as aforesaid he believes the same to be true.

_____
Dorothy Lashmett

## ATTORNEY CERTIFICATION

Under penalties provided by law pursuant to Illinois Supreme Court Rule 137, the undersigned certifies that upon information and belief he verily believes the allegations of the forgoing document to be true.

_____
Kevin Linder

Kevin Linder
Attorney at Law
P.O. Box 9597
939 South Eighth Street
Springfield, IL 62791
Ph: (217) 793-6477
Fax: (217) 241-2089
Attorney Reg. #6220652

5