**E-FILED**
Tuesday, 09 November, 2004  10:29:33 AM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

### CENTRAL DISTRICT OF ILLINOIS

TEL: 217.492.4020
FAX: 217.492.4028

#### OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

November 9, 2004

Northern District of Illinois
United States Courthouse
219 South Dearborn Street
Chicago, Illinois  60604

RE:     Lashcon, Inc., et al. v. Butler
        Case Number:  04-3193

On October 7, 2004, an Order was entered transferring the above-entitled case from this District Court to the Northern District of Illinois.  A certified copy of that order  is enclosed, along with a certified copy of the docket sheet and all original pleadings thus far filed in the case.

All parties are being notified of this transfer by copy of this letter and the order enclosed therewith.

Please acknowledge receipt of this file by returning a file-stamped copy of this letter.

Sincerely,

JOHN M. WATERS
United States District Clerk


 s/ C. Cathcart_____
Deputy Clerk


Receipt and Acknowledgment _____

New  Case Number Assigned in NDIL:_____