E-FILED
Wednesday, 24 November, 2004 12:37:52 PM
Clerk, U.S. District Court, ILCD

E-FILED
Tuesday, 09 November, 2004 10:29:33 AM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

November 9, 2004

FILED
NOV 2 2 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JUDGE HART

RECEIVED
NOV 1 0 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Northern District of Illinois
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

MAGISTRATE JUDGE ASHMAN
04C 7313

RE:  Lashcon, Inc., et al. v. Butler
     Case Number: 04-3193

On October 7, 2004, an Order was entered transferring the above-entitled case from this District Court to the Northern District of Illinois. A certified copy of that order is enclosed, along with a certified copy of the docket sheet and all original pleadings thus far filed in the case.

All parties are being notified of this transfer by copy of this letter and the order enclosed therewith.

Please acknowledge receipt of this file by returning a file-stamped copy of this letter.

Sincerely,

JOHN M. WATERS
United States District Clerk

 s/ C. Cathcart
Deputy Clerk

Receipt and Acknowledgment  11/10/04

New Case Number Assigned in NDIL:  04CV 7313